```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES--GENERAL
```

Case No. EDCV 08-1479-RC                 Date: March 25, 2009

Title: Tich Pham vs. Michael J. Astrue, Commissioner of Social
       Security
==================================================================
**DOCKET ENTRY**

==================================================================
     **HON. ROSALYN M. CHAPMAN,  UNITED STATES MAGISTRATE JUDGE**

<u>Jake Yerke</u>                       <u>None        </u>
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:
None Present                      None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO
     COMPLY WITH COURT ORDER**

     By Order dated October 24, 2008, defendant was required to file an answer and lodge the administrative record within fourteen (14) days of a settlement conference, which was required to be held within sixty (60) days of defendant serving the certified administrative record on plaintiff.  Defendant has filed a proof of service showing plaintiff was served with the certified administrative record on December 29, 2008.  Yet, to date, no answer and administrative record have been filed.

     Defendant's counsel shall show cause why defendant should not be sanctioned in the amount of $500.00 for failing to comply with the Court's Order.  <u>See</u> Federal Rules Civil Procedure 41(b); <u>Link v. Wabash Railroad Co.</u>, 370 U.S. 626, 629-30 (1962), <u>reh'g denied</u>, 371 U.S. 873 (1962).

     **If defendant <u>objects</u> to being sanctioned, he shall file and serve written objections with points and authorities no later than ten (10) days from the date of this Order.  Failure to file the said objections within the time specified will be deemed consent to sanctions as proposed herein.  If defendant files an answer and lodges the certified administrative record within ten (10) days, this Order to Show Cause will be discharged.**

case081\08-1479.3
3/25/09                          Initials of Deputy Clerk <u>hr for jy</u>