```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   CENTRAL DISTRICT OF CALIFORNIA
 8
 9
10
11  TICH PHAM, aka TICH THI PHAM,   )   No. EDCV 08-1479-RC
                                    )
12           Plaintiff,             )
                                    )   JUDGMENT
13      v.                          )
                                    )
14  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
15                                  )
             Defendant.             )
16  _____)
17
18      IT IS ADJUDGED that Judgment be entered remanding the action to
19  the Social Security Administration for further proceedings consistent
20  with the Opinion and Order, pursuant to sentence four of 42 U.S.C.
21  § 405(g).
22
23  DATED: _January 12, 2010__    _/S/ ROSALYN M. CHAPMAN_____
                                      ROSALYN M. CHAPMAN
24                                UNITED STATES MAGISTRATE JUDGE
25
26
27  R&R-MDO\08-1479.jud
    1/12/10
28
```